# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

156308

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

JOJUAN DYSON,
      Plaintiff-Appellant,

v

CITY OF DETROIT,
      Defendant-Appellee,

and

GREGORY COTTON,
      Defendant.

SC: 156308
COA: 331256
Wayne CC: 15-001136-NI

_____/

      On order of the Court, the application for leave to appeal the May 18, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018



Clerk

a0523